IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:10CR158
                               )
         v.                    )
                               )
THOMAS DASHER,                 )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for order continuing hearing (Filing No. 635).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that a hearing on plaintiff's motion (Filing No. 604) is rescheduled for:

**Thursday, June 13, 2013, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 5th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court