IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DASHER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 16, 2014, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 604) filed by plaintiff pursuant to Rule 35 of the Federal Rules of Criminal Procedure. Defendant was presented by James R. Kozel, and plaintiff was represented by Thomas J. Kangior.

After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds plaintiff's motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted.

2) The defendant's term of supervised release is reduced from 5 years to 3 years. All other terms and conditions

of the judgment and committal order dated June 24, 2011 (Filing NO. 362), remain in full force and effect.

DATED this 21st day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court